IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MURRAY, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C-08-4461 MMC<br><br>**ORDER DIRECTING DEFENDANT WARREN PUMPS, LLC TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

　　　　On November 10, 2008, defendant Warren Pumps, LLC ("Warren Pumps") filed an Answer to Complaint, a Notice of Tag Along Action, and a Letter to Michael Beck at the Judicial Panel on Multidistrict Litigation.  Warren Pumps has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

　　　　Warren Pumps is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting chambers copies of the above-referenced documents.  Warren Pumps is hereby advised that if it fails in the future to

comply with General Order 45 and the Court's Standing Order to provide chambers copies of electronically-filed documents, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: November 18, 2008

MAXINE M. CHESNEY
United States District Judge