United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   JOSEPH MURRAY, et al.,                    No. C-08-4461 MMC

12                Plaintiffs,                   **ORDER DIRECTING DEFENDANT VIAD
                                                CORPORATION TO LODGE CHAMBERS**
13     v.                                       **COPIES IN COMPLIANCE WITH
                                                GENERAL ORDER 45 AND THE**
14   GENERAL ELECTRIC COMPANY, et al.,          **COURT'S STANDING ORDERS**

15                Defendants.

16   _____/

17          On December 5, 2008, defendant Viad Corporation ("Viad") filed an Answer.  Viad

18   has violated General Order 45 and the Court's Standing Orders, however, by failing to

19   deliver to the Clerk's Office "no later than noon on the business day following the day that

20   the papers are filed electronically, one paper copy of each document that is filed

21   electronically  . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name,

22   case number, and 'Chambers Copy-Do Not File.'"  See General Order 45 § VI.G; see also

23   Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

24          Viad is hereby ORDERED to comply with General Order 45 and the Court's

25   Standing Orders by immediately submitting a chambers copy of the above-referenced

26   document.  Viad is hereby advised that if it fails in the future to comply with General Order

27   45 and the Court's Standing Order to provide chambers copies of electronically-filed

28   documents, the Court may impose sanctions, including, but not limited to, striking from the

record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: December 10, 2008



MAXINE M. CHESNEY
United States District Judge