1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  FRANK J. ANDERS, ESQ., S.B. #227208
   BRAYTON❖PURCELL LLP
3  Attorneys at Law
   222 Rush Landing Road
4  P.O. Box 6169
   Novato, California  94948-6169
5  (415) 898-1555
   (415) 898-1247 (Fax No.)
6
7  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH MURRAY, *et al.*, ) | No. C08-04461-MMC |
| ) | |
| Plaintiffs, ) | |
| vs. ) | JOINT MOTION AND STIPULATION TO |
| ) | STAY PROCEEDING OR, IN THE |
| GENERAL ELECTRIC COMPANY, ) | ALTERNATIVE, TO CONTINUE CASE |
| *et al.*, ) | MANAGEMENT DEADLINE AND |
| ) | CONFERENCE, AND TO EXTEND TIME; |
| Defendants. ) | [PROPOSED] ORDER TO STAY; |
| ) | [PROPOSED ALTERNATIVE] ORDER |
| ) | TO CONTINUE |

Pursuant to Civil L. R. 7-11 and 7-12, the following parties hereby stipulate to, and respectfully move the Court for, an Order extending time as set forth in the *Case Management Scheduling Order* filed September 26, 2008 (Document 3), and the *Case Management Conference Order* filed November 13, 2008 (Document 29), for the following good cause:

The following defendants have each filed Notices to Tag Along Action regarding the pending Multidistrict Litigation ("MDL") in the Eastern District of Pennsylvania, seeking among other things, to move Jurisdiction of this matter to that District:  GENERAL ELECTRIC COMPANY (November 3, 2008, Document 7); VOUGHT AIRCRAFT INDUSTRIES, INC. (November 3, 2008, Document 11); TODD SHIPYARDS CORPORATION (November 4, 2008, Document 17);  NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY

1 (November 7, 2008, Document 22); and, WARREN PUMPS, LLC (November 10, 2008,
2 Document 27.)

3       On July 29, 1991, the JPML entered an order transferring all asbestos personal injury
4 cases pending in the federal courts to the United States District Court for the Eastern District of
5 Pennsylvania, for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407. (*In re Asbestos*
6 *Products Liability Litigation (no. VI). MDL No. 875.*, 771 F.Supp. 415 (1991)).  That order also
7 applies to "tag-along actions," or actions involving common questions of fact filed after January
8 17, 1991. Such actions are to be transferred to the eastern District of Pennsylvania as part of
9 MDL 875,  for coordinated pretrial proceedings.

10       The JPML has held that a district court has the authority to stay pending a transfer order.
11 *In re Asbestos Products Liability Litigation,* 170 F. Supp. 2d 1348, 1349 n.1 (J.P.M.L. 2001)
12 ("[T]hose courts concluding that such issues should be addressed by the transferee judge need
13 not rule on them, and the process of 1407 transfer in MDL-875 can continue without any
14 unnecessary interruption or delay.")

15       The parties agree that it is likely that the JPML  will transfer this matter to the Eastern
16 District of Pennsylvania. The Clerk of the JPML has not entered a *Conditional Transfer Order*
17 pursuant to JPML Rule 12(a) or filed an order to show cause why the action should not be
18 transferred, pursuant to JPML Rule 13(b).  It is likely the dates set forth in the *Case Management*
19 *Scheduling Order*  including the deadlines imposed by Federal Rules of Civil Procedure, Rule
20 26, will pass before the Clerk of the JPML acts.

21       The parties make this Motion on the grounds that a stay of this action would (a) promote
22 judicial efficiency, (b) allow consistency in pretrial rulings, and (c) be most convenient to the
23 parties.

24       For the reasons above, the parties hereby STIPULATE to and respectfully request the
25 Court VACATE its *Case Management Scheduling Order and its Case Management Conference*
26 *Order*, and that the Court issue an Order STAYING this action pending the outcome of the MDL
27 Panel's decision on the merits of the transfer.
28 ////

1    In the alternative, the parties hereby STIPULATE to and respectfully request that this
2 Court vacate and continue the dates set forth in the *Case Management Scheduling Order* and in
3 the *Case Management Conference Order* pending the outcome of the JPML's decision on the
4 merits of the transfer.

5  Dated: November 26, 2008            BRAYTON❖PURCELL LLP

6                                     /s/ David R. Donadio

7                                     By: _____
8                                          David R. Donadio
                                           Attorneys for Plaintiffs

9  Dated: December 3, 2008             SEDGWICK, DETERT, MORAN & ARNOLD, LLP
10
                                       /s/ Derek S. Johnson
11
                                       By: _____
12                                          Derek S. Johnson
                                            Attorneys for Defendant
13                                          General Electric Company

14 Dated: November 26, 2008            HAIGHT BROWN AND BONESTEEL LLP

15                                     /s/ Nairi Chakalian

16                                     By: _____
                                            Nairi Chakalian
17                                          Attorneys for Defendant
                                            Newport News Shipbuilding and
18                                          Dry Dock Company

19 Dated: December 9, 2008             CARROLL, BURDICK, & MCDONOUGH LLP

20                                     /Gregory David Meronek

21                                     By: _____
                                            Gregory David Meronek
22                                          Attorneys for Defendant
                                            Warren Pumps, LLC
23

24 Dated: November 26, 2008            YARON & ASSOCIATES

25                                     /s/ D. David Steele

26                                     By: _____
                                            D. David Steele
27                                          Attorneys for Todd Shipyards Corporation

28 ///

Dated:  November 26, 2008          MENDES & MOUNT

                                   /s/ Adam Ashley Grable

                                   By: _____
                                   Adam Ashley Grable
                                   Attorneys for Vought Aircraft
                                   Industries Inc.

Dated:  December 8, 2008           JACKSON & WALLACE

                                   /s/ Dan O'Shea

                                   By: _____
                                   Dan O'Shea
                                   Attorneys for Defendant
                                   General Dynamics Corporation

Dated: December 4, 2008            CHARTER DAVIS LLP

                                   /s/  Mia Rosenfeld

                                   By: _____
                                   Mia Rosenfeld
                                   Attorneys for Defendant
                                   Viad Corporation

### [PROPOSED]  ORDER TO STAY

~~IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Case Management Scheduling Order* dated September 26, 2008 and the *Case Management Conference Order* dated November 13, 2008, are hereby VACATED and that this action is STAYED pending the outcome of the JPML's decision on the merits of the transfer.~~

~~Dated: _____~~

                                   _____
                                   Maxine M. Chesney
                                   United States District Judge

///

///

///

1  [PROPOSED *ALTERNATIVE*]  **ORDER TO CONTINUE**

2       IT IS HEREBY ORDERED that the ~~hearing date and~~ deadlines specified in the *Case Management Scheduling Order* dated September 26, 2008 and the *Case Management Conference Order* dated November 13, 2008, are hereby VACATED.

       IT IS FURTHER ORDERED that the following case management deadlines are continued as follows:

       1.   The Case Management Conference is ~~[set for a date after March 20, 2009 to wit:]~~ continued to April 10, 2009 ~~, 2008~~, at 10:30 a.m. ~~_.m.~~, Courtroom 7, 19th Floor, 450 Golden Gate Avenue, San Francisco, California.

       2.   Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan is 21 days before the Case Management Conference in paragraph 1, above.

       3.   Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference is 21 days before the Case Management Conference in paragraph 1, above.

       4.   Last day to complete initial disclosures or state objection to Rule 26(f) Report, file/serve Case Management Statement and file/serve Rule 26(f) Report is ~~5 court days before the Case Management Conference in paragraph 1, above.~~ April 3, 2009

Dated: December 12, 2008

_____
Maxine M. Chesney
United States District Judge

K:\Injured\105511\Fed\Stip stay or cont (FED31).wpd                5
JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT DEADLINES – C08-04461-MMC