IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MURRAY, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>    Defendants.<br>_____/ | No. C-08-4461 MMC<br><br>**ORDER DIRECTING DEFENDANT GENERAL DYNAMICS CORPORATION TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

    On December 19, 2008, defendant General Dynamics Corporation ("General Dynamics") filed an Answer. General Dynamics has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

    General Dynamics is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document. General Dynamics is hereby advised that if it fails in the future to comply with General Order 45 and the Court's Standing Order to provide chambers copies

of electronically-filed documents, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: January 6, 2009

MAXINE M. CHESNEY
United States District Judge