ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
KIMBERLY J. CHU, ESQ., CA S.B. #206817
Email: kchu@braytonlaw.com
BRAYTON✦PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH MURRAY, *et al.,* | Case No. 3:08-cv-04461-MMC |
| Plaintiffs, | ORDER RE: SEVERANCE AND REQUEST FOR NEW CASE NUMBERS UPON REMAND TO ORIGINATING DISTRICT COURT |
| vs. | |
| GENERAL ELECTRIC COMPANY, *et al.*, | Date: September 28, 2012<br>Time: 10:30 a.m.<br>Honorable Maxine M. Chesney<br>Courtroom 7 |
| Defendants. | |
| In re: Plaintiff Joseph Murray | |

IT IS HEREBY ORDERED that, based on good cause shown, the cases that originally comprised Northern District of California Case No. C08-4461, and which were severed while pending in the Eastern District of Pennsylvania ("EDPA"), shall remain severed and shall proceed as individual cases, having been re-filed in the EDPA and the appropriate filing fees paid.

IT IS FURTHER ORDERED that the case of plaintiff Joseph Murray shall proceed under Case No. 3:08-cv-04461-MMC.

IT IS ALSO FURTHER ORDERED that Case Management Conference Orders in the *McMeans* and *Lowe* cases will issue independently from the present order in *Joseph Murray, et*

*al.*, Case No. 3:08-cv-04461-MMC, given that these cases have not been fully remanded back to this court. Upon remand back to the Northern District of California, the *McMeans* and *Lowe* cases will also receive new, individual case numbers.[1]

Dated: September 24, 2012

_____
Honorable Maxine M. Chesney
U.S. District Court, Northern District of California

---

[1] The *Smid* case, having been consolidated with another case in the EDPA is now properly pending before Judge Saundra B. Armstrong. The *Dolman* case resolved against all defendants while it was pending in the EDPA.

K:\Injured\105511\FED\Pld\ord-severance-cmp.wpd    2    KJC
ORDER RE: SEVERANCE AND REQUEST FOR NEW CASE NUMBERS UPON REMAND TO ORIGINATING DISTRICT COURT