ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
KIMBERLY J. CHU, ESQ., CA S.B. #206817
Email: kchu@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH MURRAY, *et al.,*<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, *et al.*,<br><br>　　　　　Defendants.<br><br>In re: Plaintiff Joseph Murray | Case No. 3:08-cv-04461-MMC<br><br>ORDER RE: SEVERANCE AND REQUEST FOR NEW CASE NUMBERS UPON REMAND TO ORIGINATING DISTRICT COURT<br><br>Date:　September 28, 2012<br>Time:　10:30 a.m.<br>Honorable Maxine M. Chesney<br>Courtroom 7 |

　　　IT IS HEREBY ORDERED that, based on good cause shown, the cases that originally comprised Northern District of California Case No. C08-4461, and which were severed while pending in the Eastern District of Pennsylvania ("EDPA"), shall remain severed and shall proceed as individual cases, having been re-filed in the EDPA and the appropriate filing fees paid.

　　　IT IS FURTHER ORDERED that the case of plaintiff Joseph Murray shall proceed under Case No. 3:08-cv-04461-MMC.

　　　IT IS ALSO FURTHER ORDERED that Case Management Conference Orders in the *McMeans* and *Lowe* cases will issue independently from the present order in *Joseph Murray, et*

*al.*, Case No. 3:08-cv-04461-MMC, given that these cases have not been fully remanded back to this court. Upon remand back to the Northern District of California, the *McMeans* and *Lowe* cases will also receive new, individual case numbers.[1]

Dated: September 24, 2012

_____
Honorable Maxine M. Chesney
U.S. District Court, Northern District of California

---

[1] The *Smid* case, having been consolidated with another case in the EDPA is now properly pending before Judge Saundra B. Armstrong. The *Dolman* case resolved against all defendants while it was pending in the EDPA.