ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MURRAY, et al., <br><br>Plaintiffs, <br><br>vs. <br><br>GENERAL ELECTRIC COMPANY, et al., <br><br>Defendants. <br><br>In re: Plaintiff Joseph Murray | Case No. 3:08-cv-04461-MMC <br><br>**REQUEST FOR DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITHOUT PREJUDICE; ORDER** <br><br>This document relates to: <br><br>*Joseph Murray, et al., v. General Electric Company, et al.,* United States District Court, Eastern District of Pennsylvania, Case No. 2:09-cv-64059-ER |

The parties request this Court dismiss defendant GENERAL ELECTRIC COMPANY from this action without prejudice. Each party to bear its own fees and costs.

///

///

///

///

1
REQUEST FOR DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITHOUT PREJUDICE; ORDER, Case No. 3:08-cv-04461-MMC

| | | |
|---|---|---|
| 1 | Dated: September 21, 2012 | BRAYTON❖PURCELL LLP |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By: s/ David R. Donadio |
| 6 | | DAVID R. DONADIO, ESQ., CA S.B. #154436 |
| | | Email: DDonadio@braytonlaw.com |
| | | Tel: (415) 898-1555 |
| | | Fax: (415)898-1247 |
| 7 | | Attorneys for Plaintiffs |

Dated: 9/21/12

WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP

By: _____
DEREK S. JOHNSON
Attorneys for Defendant
GENERAL ELECTRIC COMPANY

Dated: September 24, 2012

SO ORDERED:

_____
United States District Court Judge

REQUEST FOR DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITHOUT PREJUDICE;
ORDER, Case No. 3:08-cv-04461-MMC

2