1  ALAN R. BRAYTON, ESQ., CA S.B. #73685
   DAVID R. DONADIO, ESQ., CA S.B. #154436
2  Email: DDonadio@braytonlaw.com
   BRAYTON✦PURCELL LLP
3  Attorneys at Law
   222 Rush Landing Road
4  P.O. Box 6169
   Novato, California 94948-6169
5  (415) 898-1555
   (415) 898-1247 (Facsimile)
6
   Attorneys for Plaintiffs
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MURRAY, et al., | Case No. 3:08-cv-04461-MMC |
| Plaintiffs, | **REQUEST FOR DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITHOUT PREJUDICE; ORDER** |
| vs. | |
| GENERAL ELECTRIC COMPANY, et al., | |
| Defendants. | This document relates to: |
| | *Joseph Murray, et al., v. General Electric Company, et al.,* United States District Court, Eastern District of Pennsylvania, Case No. 2:09-cv-64059-ER |
| In re: Plaintiff Joseph Murray | |

The parties request this Court dismiss defendant GENERAL ELECTRIC COMPANY from this action without prejudice. Each party to bear its own fees and costs.

///

///

///

///

1
REQUEST FOR DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITHOUT PREJUDICE; ORDER, Case No. 3:08-cv-04461-MMC

| | | |
|---|---|---|
| 1 | Dated: September 21, 2012 | BRAYTON❖PURCELL LLP |

By: s/ David R. Donadio
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
Tel: (415) 898-1555
Fax: (415) 898-1247
Attorneys for Plaintiffs

Dated: 9/21/12

WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP

By: _____
DEREK S. JOHNSON
Attorneys for Defendant
GENERAL ELECTRIC COMPANY

Dated: September 24, 2012

SO ORDERED:

_____
United States District Court Judge