ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff
admitted *Pro Hac Vice*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Case No. 3:08-cv-04461-MMC |
| JOSEPH MURRAY, *et al.*, <br><br>           Plaintiffs, <br><br> vs. <br><br> GENERAL ELECTRIC COMPANY, *et al.*, <br><br>           Defendants. <br><br> In re: Plaintiff Joseph Murray | **PLAINTIFF'S NOTICE OF DISMISSAL OF ENTIRE ACTION OF JOSEPH MURRAY, ONLY, WITHOUT PREJUDICE; ORDER** <br><br><br><br><br><br> This document relates to: <br><br> *Joseph Murray v. General Electric Company, et al.,* United States District Court, Eastern District of Pennsylvania, Case No. 2:09-cv-64059-ER |

///

///

///

///

Plaintiff Joseph Murray ("plaintiff") hereby dismisses his entire case against all Defendants, without prejudice.[1]

Dated:   September 26, 2012              BRAYTON❖PURCELL LLP

                                         By:   s/ David R. Donadio
                                               DAVID R. DONADIO, ESQ., CA S.B. #154436
                                               Email:  DDonadio@braytonlaw.com
                                               Tel: (415) 898-1555
                                               Fax: (415)898-1247
                                               Attorneys for Plaintiff

IT IS SO ORDERED.

Dated:   September 27, 2012              _____
                                         United States District Court Judge

---

[1] Plaintiff Joseph Murray has dismissed all of the defendants in his own case without prejudice.  Plaintiff's case was originally filed as part of a single complaint with multiple plaintiffs, all of whom asserted various individual claims ("gang complaint").  Doc 1.  All the plaintiffs identified in this gang complaint were given the same case number, 3:08-cv-04461-MMC, but their cases were severed and re-filed individually in the Eastern District of Pennsylvania ("EDPA").  This Court maintained the severance and ordered that plaintiff Joseph Murray be allowed to proceed under Case No. 3:08-cv-04461-MMC; all other plaintiffs in the original gang complaint will receive new, distinct case numbers upon remand from the EDPA.  *See,* Doc. 52.  Accordingly, the dismissal of entire case under Case No. 3:08-cv-04461-MMC applies only to the case of plaintiff Joseph Murray.