IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUNDIATA SOULBEFREE, as Wrongful Death Heir, and as Successor-in-Interest to ROBERT McMEANS, Deceased,

    Plaintiff,

v.

GENERAL ELECTRIC COMPANY, et al.,

    Defendant.

No. C 13-937 MMC

**ORDER OF REFERRAL**

The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Charles R. Breyer for consideration of whether the case is related to <u>Murray, et al., v. General Electric Company, et al.</u>, No. C. 08-4461 CRB.

**IT IS SO ORDERED.**

Dated: March 11, 2013

MAXINE M. CHESNEY
United States District Judge