IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNDIATA SOULBEFREE, as Wrongful Death Heir, and as Successor-in-Interest to ROBERT McMEANS, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>Defendant. | No. C 13-937 MMC<br><br>**ORDER OF REFERRAL** |

The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Charles R. Breyer for consideration of whether the case is related to Murray, et al., v. General Electric Company, et al., No. C. 08-4461 CRB.

**IT IS SO ORDERED.**

Dated: March 11, 2013

MAXINE M. CHESNEY
United States District Judge