GABRIEL A. JACKSON, State Bar No. 98119
gaby@jjrlaw.com
JAMES J. O'BRIEN, State Bar No. 170035
jobrien@jjrlaw.com
JACKSON JENKINS RENSTROM LLP
55 Francisco Street, Sixth Floor
San Francisco, CA 94133
Tel: (415) 982-3600
Fax: (415) 982-3700

Attorneys for Defendant
GENERAL DYNAMICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLEY JAMES LOWE,<br><br>    Plaintiff,<br>vs.<br>GENERAL ELECTRIC COMPANY, et al.,<br><br>    Defendants. | Case Nos. 3:08-cv-04461-CRB &<br>    3:12-cv-05227-CRB<br><br>NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT GENERAL DYNAMICS CORPORATION AND [~~PROPOSED~~] ORDER |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, subject to approval by the court, Defendant General Dynamics Corporation hereby substitutes Edward R. Hugo, State Bar Number 124839, of Brydon Hugo and Parker as counsel of record in place of Jackson Jenkins Renstrom LLP. The contact information for new counsel is as follows:

> Edward R. Hugo, State Bar No. 124839
> BRYDON HUGO & PARKER
> 135 Main Street, 20th Floor
> San Francisco, CA 94105
> Telephone: (415) 808-0300
> Facsimile: (415) 808-0333
> Email: service@bhplaw.com

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT GENERAL DYNAMICS CORPORATION AND [PROPOSED] ORDER

```
 1                    CONSENT TO SUBSTITUTION
 2
 3       I consent to the above substitution.
 4
 5   Dated:  9/3/2013              By: _____
 6
 7       I consent to being substituted.
 8
 9   Dated:  8/30/13               By: _____
10                                     GABRIEL A. JACKSON
                                       JAMES J. O'BRIEN
11
12       I consent to the above substitution.
13
14   Dated:  9/4/2013              By: _____
15                                     EDWARD R. HUGO
16   The substitution of attorney is hereby approved.
17   IT IS SO ORDERED:
18
19   Dated: Sept. 30, 2013         By: _____
20                                     HONORABLE CHARLES R. BREYER
                                       UNITED STATES DISTRICT JUDGE
```

IT IS SO ORDERED
Judge Charles R. Breyer

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT GENERAL DYNAMICS CORPORATION AND [PROPOSED] ORDER

## **CERTIFICATE OF SERVICE**

The undersigned, counsel for General Dynamics Corporation, hereby certifies that a true and correct copy of the foregoing Notice of Substitution of Counsel was filed with the Court and served electronically through the CM-ECF (Electronic Case Filing) system to all counsel of record and to those registered to receive a Notice of Electronic Filing for this case on September 6, 2013.

/s/ *Keri A. Donohue*_____