United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McMEANS, et al.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GENERAL ELECTRIC, et al.,<br><br>　　　　　Defendants. | Case No.  08-4461 CRB  (JSC)<br><br>**ORDER TO PLAINTIFFS FOR STATUS REPORT** |

　　　According to the docket, this action is still pending against several defendants.  However, it appears this case may be related to other settled cases.  On or before July 22, 2016, Plaintiffs shall file with the Court a status report on the case or a dismissal of the action.

　　　**IT IS SO ORDERED.**

Dated: July 1, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge