**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH MURRAY, ROBERT McMEANS, RICHARD SMID, RAYMOND DOLMAN, BEVERLEY JAMES LOWE, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, *et al.*,<br><br>Defendants. | No. 3:08-cv-04461-CRB<br><br>**ORDER GRANTING PLAINTIFFS' DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE** |

**IT IS SO ORDERED**. All claims in this Federal case are hereby dismissed, without prejudice, against all Defendants named in this case pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: July 26, 2016

By: _____
Charles R. Breyer
United States District Judge

1
ORDER GRANTING PLAINTIFFS' DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE